# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC et al,<br><br>　　　　　　Plaintiff(s),<br>　　v.<br><br>HIGH PERFORMANCE SUPPS et al,<br><br>　　　　　　Defendant(s). | CASE NO. 2:23-cv-00437-TL<br><br>(SEALED)<br><br>ORDER OF REFERRAL |

The Court issues this Order *sua sponte* and in response to *In re: Amazon Counterfeit Enforcement Litigation*, General Order 03-23 (Mar. 7, 2023). Consistent with General Order 03-23, the Court hereby REFERS all issues related to service of Defendants to the Magistrate Judges designated by General Order 03-23.

Dated this 31st day of March 2023.

　　　　　　　　　　　　　　　　　　　　　Tana Lin
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF REFERRAL - 1