The Honorable Tana Lin
The Honorable S. Kate Vaughan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and ORTHO MOLECULAR PRODUCTS, INC., a Wisconsin corporation,<br><br>               Plaintiffs,<br><br>   v.<br><br>Individuals and entities doing business as Amazon Selling Accounts: HIGH PERFORMANCE SUPPS; NUTRITION PLUS ONE; FARMERVILLE ORGANIC VITAMINS; and DOES 1-10,<br><br>               Defendants. | No. 2:23-cv-00437-TL-SKV *SEALED*<br><br>[PROPOSED] ORDER UNSEALING CASE<br><br>**FILED UNDER SEAL** |

Having considered Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Ortho Molecular Products, Inc.'s ("Plaintiffs") Status Report, filed May 23, 2024, and Plaintiffs' request therein that the Court unseal this case, and thus being fully informed of the matter, the Court hereby GRANTS the request.

It is hereby ORDERED that Case No. 2:23-cv-00437-TL-SKV shall be unsealed in its entirety such that it appears on the public docket.

Dated this 6th day of June 2024.

                                              Tana Lin
                                              United States District Judge

[PROPOSED] ORDER TO UNSEAL - 1
(2:23-cv-00437-TL-SKV * SEALED*)
FILED UNDER SEAL

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1 | Presented by:

2 | DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

3 |

4 | *[signature: Scott C.]*

5 | Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400

6 | Los Angeles, CA 90017-2566
Tel: (213) 633-6800

7 | Fax: (213) 633-6899
Email: scottcommerson@dwt.com

8 |

9 | *[signature: Lauren Rain]*

10 | Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300

11 | Seattle, WA 98104-1604
Tel: (206) 622-3150

12 | Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

[PROPOSED] ORDER TO UNSEAL - 2
(2:23-cv-00437-TL-SKV * SEALED*)
FILED UNDER SEAL

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax