UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., et al.,

        Plaintiffs,

   v.

HIGH PERFORMANCE SUPPS, et al.,

        Defendants.

Case No. C23-0437-TL-SKV

ORDER REQUESTING STATUS UPDATE REGARDING SERVICE

      By Order dated October 11, 2023, the Court granted Plaintiffs' ex parte motion for expedited discovery, allowing for service of Rule 45 subpoenas to obtain information regarding the identities and locations of Defendants and any others involved in an alleged counterfeiting scheme. Dkt. 18. Subsequently, Plaintiffs provided the Court with a status report indicating that unsealing this action would no longer jeopardize a parallel criminal investigation into the conduct of certain Defendants, Dkt. 22, and the Court, by Order dated June 6, 2024, issued an Order Unsealing Case, Dkt. 23. Plaintiffs have not, since the case was unsealed, provided any further status report.

      The Court now ORDERS Plaintiffs to file a status report with the Court on or before **September 18, 2024**. In the status report, Plaintiffs shall advise the Court as to their

ORDER REQUESTING STATUS UPDATE
REGARDING SERVICE - 1

investigative and service-related efforts, and provide any further updates as to the status of this case. Failure to timely file the status report may result in dismissal of this case without prejudice for failure to prosecute.

Dated this 28th day of August, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER REQUESTING STATUS UPDATE
REGARDING SERVICE - 2