HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and ORTHO MOLECULAR PRODUCTS, INC., a Wisconsin corporation,

    Plaintiffs,

v.

SUYUN GU, an individual; and DOES 1-10,

    Defendants.

Case No. 2:23-cv-00437-TL

[PROPOSED] GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND INITIAL SCHEDULING DEADLINES BY 45 DAYS

Having considered the parties' Stipulated Motion to Extend Deadline to Respond to Complaint and Initial Scheduling Deadlines by 45 days, and finding good cause therefore, the undersigned hereby extends the initial deadlines as follows:

| | |
|---|---|
| Defendant's Deadline to Respond to Complaint | 3/6/2025 |
| Deadline for FRCP 26(f) Conference | 4/4/2025 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 4/17/2025 |
| Combined Joint Status Report and Discovery Plan | 5/1/2025 |

SO ORDERED this 16th day of January 2025.

_____
HONORABLE TANA LIN
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING STIPULATED MOTION
TO EXTEND INITIAL CASE DEADLINES
(Case No. 2:23-cv-00437-TL) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Presented by:

FOCAL PLLC

By: *s/ Ashley J. McDonald*
Ashley J. McDonald, WSBA #58237
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: ashley@focallaw.com

Attorneys for Defendant Suyun Gu

DAVIS WRIGHT TREMAINE LLP

By: *s/ Lauren Rainwater*
Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

Attorneys for Plaintiffs

[PROPOSED] ORDER GRANTING STIPULATED MOTION
TO EXTEND INITIAL CASE DEADLINES
(Case No. 2:23-cv-00437-TL) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966